IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,      )
                                 )    4:12-cr-00080-RP-CFB
          Plaintiff,     )
                                 )
   vs.                     )
                                 )
GRANT CORD KESSLER,        )
                               )
         Defendant.     )

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (PLEA AGREEMENT)

The United States of America and the defendant, having both filed a written consent to conduct of the plea proceedings by a magistrate judge, appeared before me pursuant to Fed. R. Crim. P. 11 and LCrR 11. The defendant entered a plea of guilty to Count 2 of an Indictment charging him with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). After advising and questioning the defendant under oath concerning each of the subjects addressed in Rule 11(b)(1), I determined that the guilty plea was in its entirety voluntarily, knowingly and intelligently made and did not result from force, threats, or promises (other than promises in the plea agreement). I further determined that there is a factual basis for the guilty plea on each of the essential elements of the offense(s) in question. A plea agreement was disclosed at the plea proceeding and defendant stated he understood its terms and agreed to be bound by them. To the extent the plea agreement is of the type

specified in Rule 11(c)(1)(A) or (C) defendant was advised the
district judge to whom the case is assigned may accept the plea
agreement, reject it, or defer a decision whether to accept or
reject it until the judge has reviewed the presentence report as
provided by Rule 11(c)(3)(A). To the extent the plea agreement is
of the type specified in Rule 11(c)(1)(B) defendant was advised by
the Court that defendant has no right to withdraw the plea if the
Court does not follow a recommendation or request in question.

I recommend that the plea of guilty be accepted and that
the defendant be adjudged guilty and have sentence imposed
accordingly. A presentence report has been ordered and sentencing
proceedings scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

7/23/13  7/24/13
_____
DATE

NOTICE

Failure by a party to file written objections to this
Report and Recommendation within fourteen (14) days from the date of
its service will result in waiver by that party of the right to make
objections to the Report and Recommendation. 28 U.S.C.
§ 636(b)(1)(B). The Report and Recommendation was served this date
by delivery of a copy thereof to counsel for the government and
defendant in open court.